**Mesita L. LOVE, Plaintiff–Appellant,**

v.

**John E. POTTER, in his capacity as Postmaster General, Defendant–Appellee.**

**No. 03–1074.**

United States Court of Appeals, Fourth Circuit.

Submitted March 31, 2003.

Decided May 1, 2003.

Mesita L. Love, Appellant Pro Se. Debra Jean Prillaman, Assistant United States Attorney, Richmond, Virginia; Christopher John Burton, United States Postal Service, Washington, DC, for Appellee.

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Mesita L. Love appeals the district court's order granting summary judgment to Defendant in this action alleging employment discrimination based on gender, race, disability, and retaliation. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Love v. Potter,* No. CA–02–498 (E.D.Va. Jan. 7, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

fore the court and argument would not aid the decisional process.

*AFFIRMED.*